DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RAUL DUARTE ORTEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>v.<br><br>RAUL DUARTE ORTEGA,<br><br>        *Defendant.* | No. 1:11-cr-00271 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date: December 19, 2011<br>Time: 1:00 p.m.<br>Judge: Hon. Lawrence J. O'Neill |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JEREMY R. JEHANGIRI, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Raul Duarte Ortega, that the date for status conference may be continued to December 19, 2011, or the soonest date thereafter that is convenient to the court. **This matter is currently set for status conference on December 5, 2011. The requested new date is December 19, 2011 at 1:00 p.m.**

    Defense investigation of this matter is being completed and efforts to reach a negotiated settlement are ongoing. A short continuance is requested to allow these activities to be finalized in order to clarify the status of the case. If this continuance is granted, it is anticipated that the parties will either request a trial date or enter a plea agreement on December 19, 2011.

///

1   The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2   effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the
3   ends of justice served by the granting of the requested continuance outweigh the interests of the public and
4   the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: December 1, 2011            By /s/ Jeremy R. Jehangiri
                                   JEREMY R. JEHANGIRI
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: December 1, 2011            By /s/ Eric V. Kersten
                                   ERIC V. KERSTEN
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   Raul Duarte Ortega


**O R D E R**

**Good Cause is stated.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **December 1, 2011**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE