UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>RAUL DUARTE ORTEGA,<br><br>           Defendant. | No. 1:11-cr-00271-LJO<br><br>**DETENTION ORDER**<br>(Violation of Supervised Release ) |

     The defendant having been arrested for alleged violation(s) of the terms and conditions of his supervised release; and

     Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

[X]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

[X]   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

     This finding is based on the reasons stated on the record.

DATE: 2/10/2017                                      /s/ Jennifer L. Thurston
                                                            U.S. Magistrate Judge